UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:14-CV-00195-MA |
| v. | FINAL JUDGMENT OF FORFEITURE |
| $62,023 IN UNITED STATES CURRENCY, *in rem*, | |
| Defendant. | |

Based upon this Court's Order of Default entered April 21, 2014, and on the settlement agreement filed in this Court on May 16, 2014, between the United States and sole claimant Emily Anawalt,

IT IS ORDERED AND ADJUDGED that based upon the records and files in this action, this Court has subject matter jurisdiction, and defendant, *in rem*, $62,023 in United States currency, is condemned and forfeited to the United States of America, free and clear of the claims of any and all persons claiming any right, title, or interest in or to this defendant, including claimant Emily Anawalt. The United States Marshals Service is directed to immediately transfer the custody and possession of the defendant, *in rem*, $62,023 in United States currency, to the Attorney General for disposition in accordance with applicable statutes and regulations and provisions of this judgment.

Additionally, pursuant to 28 U.S.C. § 2465(a)(2), this Court CERTIFIES that there was reasonable cause for the seizure and arrest of defendant, $62,023 in United States currency in rem, and neither the persons who made the seizure or arrest nor the prosecutors shall be liable to suit or judgment on account of such suit or prosecution, nor shall the claimant be entitled to costs.

The parties will each bear their own costs and attorney's fees incurred in prosecuting and defending this action.

DATED this _19_ day of May, 2014.

*Malcolm F. Marsh*
MALCOLM F. MARSH
United States District Judge

Submitted by:

S. AMANDA MARSHALL, OSB #95347
United States Attorney

*Kathleen L. Bickers*
KATHLEEN L. BICKERS, OSB #85151
Assistant United States Attorney